**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANTHONY LEON GREENHILL, | No. 08-15076 |
| Petitioner - Appellant, | D.C. No. CV-07-00645-AWI |
| v. | |
| UNITED STATES OF AMERICA, | MEMORANDUM[*] |
| Respondent - Appellee. | |

Appeal from the United States District Court
for the Eastern District of California
Anthony W. Ishii, Chief Judge, Presiding

Submitted June 29, 2010[**]

Before:     ALARCÓN, LEAVY, and GRABER, Circuit Judges.

Anthony Leon Greenhill appeals from the district court's judgment

dismissing his petition for a writ of error coram nobis. We have jurisdiction under

28 U.S.C. § 2253, and we affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

Greenhill seeks to challenge this court's 1993 denial of his petition for habeas relief regarding several California state burglary convictions. We reject Greenhill's invitation to revisit our prior ruling. *See United States v. Crowell*, 374 F.3d 790, 795-96 (9th Cir. 2004).

**AFFIRMED.**